UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**11 MISC 00094**

------------------------------------x
IN RE:                              :   M10-468
LOCAL CIVIL RULES OF THE            :
SOUTHERN AND EASTERN                :   ORDER
DISTRICTS OF NEW YORK               :
                                    :
------------------------------------x



U.S. DISTRICT COURT FILED MAR 29 2011 S.D. OF N.Y.

    At its meeting of February 23, 2011, the Board of Judges of the Southern District of New York approved amendments to the Local Civil Rules of the Southern and Eastern Districts of New York, as attached.

    The amendment will become effective upon approval by the Second Circuit Judicial Council.

**SO ORDERED.**

_Loretta A. Preska_
Loretta A. Preska
Chief Judge

Dated:   New York, New York
         March 28, 2011

g:\elly\rules\orders\2011-2011 -Local Civil Rules of SD-EDNY - March 23.wpd